# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3342

_____

| | | |
|---|---|---|
| Eddie S. Watkins, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Sheriff Chad Ledbetter, Former Sheriff, | * | |
| in individual capacity; Lt. Robert Grice, | * | [UNPUBLISHED] |
| in individual capacity; Sgt. Marsh, in | * | |
| individual capacity; Cpl. Kevin Abbott, | * | |
| in individual capacity; Jailer Mike | * | |
| Taylor, in individual capacity; Jailer | * | |
| William Ross, Jr., in individual | * | |
| capacity, | * | |
| | * | |
| Appellees, | * | |
| | * | |
| Hot Springs County Quorum Court | * | |
| Members, | * | |
| | * | |
| Defendant, | * | |
| | * | |
| Sheriff Ryan Burris, in his official | * | |
| capacity, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: April 25, 2011
Filed: April 28, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Eddie S. Watkins appeals following dismissal by the District Court[1] of his 42 U.S.C. § 1983 action after an evidentiary hearing. Upon careful review of the record and consideration of Watkins's arguments for reversal, see Choate v. Lockhart, 7 F.3d 1370, 1373 & n.1 (8th Cir. 1993) (standard of review), we find no basis for overturning the orders at issue. We decline to consider the issues Watkins raises for the first time on appeal, see Campbell v. Davol, Inc., 620 F.3d 887, 891 (8th Cir. 2010); the issues he has not properly developed, see Meyers v. Starke, 420 F.3d 738, 743 (8th Cir. 2005); and the claims he has abandoned, see Griffith v. City of Des Moines, 387 F.3d 733, 739 (8th Cir. 2004). We also find no evidence of judicial bias. Accordingly, we affirm the judgment of the District Court.

_____

___

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.